153 A.3d 931

IN THE MATTER OF J. MICHAEL FARRELL, AN ATTORNEY AT LAW (ATTORNEY NO. 017011980)

February 16, 2017

### ORDER

**J. MICHAEL FARRELL,** formerly of **WENONAH,** who was admitted to the bar of this State in 1980, having been convicted in the United States District Court for the District of Maryland of money laundering conspiracy, in violation of 18 *U.S.C.* § 1956(h); money laundering, in violation of 18 *U.S.C.* § 1956(a)(1)(B)(i), witness tampering, in violation of 18 *U.S.C.* § 1512(b)(3); and tampering with official proceedings, in violation of 18 *U.S.C.* § 1512(c)(2); and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **J. MICHAEL FARRELL** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against

him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **J. MICHAEL FARRELL** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **J. MICHAEL FAREELL** comply with *Rule* 1:20–20 dealing with suspended attorneys.